

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-334-CV

DOROTHY MENEFEE, INDIVIDUALLY           APPELLANTS
AND AS NEXT FRIEND OF EVOLLA TUTT
AND EVOLLA TUTT

V.

LOUIS E. COSTELLO, M.D.,           APPELLEES
JACQUELINE A. FRAZER, M.D.,
ADEL ZAKHARY, M.D., MID-CITIES
NEUROLOGY ASSOCIATES, P.A., SCOTT
HALL, M.D., JAMES M. BARRY, M.D.,
LEWIS JONES, M.D.,
DAN ALLAN WADDELL, D.O., ET AL.

----------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellants' "Motion To Dismiss Notice of Appeal."

It is the court's opinion that the motion should be granted; therefore, we

dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  October 15, 2009